IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br>v. )<br><br>CITY OF CHICAGO, a municipal corporation, )<br><br>Defendant. ) | Case Number: |

## NOTICE OF CONSENT TO JOIN AS A PARTY PLAINTIFF

I hereby give my consent to be a party plaintiff in this lawsuit. I understand that I have the right to be represented by the attorney who filed this case, or to counsel of my own choosing.

☒ I wish to be represented by Mary Ann Pohl, P.C., 77 W. Washington Street, Suite 1507, Chicago, IL 60602, 312-641-2385.

☐ I wish to be represented by _____
   Name and Address of Attorney

_William Conroy_ (Signature)     11/08/07 (Date)

William Conroy
Print Name

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number:<br>)<br>)<br>)<br>) |

### NOTICE OF CONSENT TO JOIN AS A PARTY PLAINTIFF

I hereby give my consent to be a party plaintiff in this lawsuit. I understand that I have the right to be represented by the attorney who filed this case, or to counsel of my own choosing.

☒  I wish to be represented by Mary Ann Pohl, P.C., 77 W. Washington Street, Suite 1507, Chicago, IL 60602, 312-641-2385.

☐  I wish to be represented by _____
                                        Name and Address of Attorney

_/s/ Naureen M. Cooney_                  09 Nov 07
Signature                                               Date

Naureen M. Cooney
Print Name