**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

In the Matter of                                    Case Number:

William Conroy and Naureen Cooney, individually,
and on behalf of all others similarly situated,
                            Plaintiffs,
v.
City of Chicago, a municipal corporation,
                            Defendant.

**07 C 6537**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs William Conroy and Naureen Cooney, individually, and all others similarly situated

| | |
|---|---|
| NAME (Type or print) | |
| Mary Ann Pohl | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mary Ann Pohl | |
| FIRM | |
| Mary Ann Pohl, P.C. | |
| STREET ADDRESS | |
| 77 W. Washington Street, Suite 1507 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6211847 | 312-641-2385 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |