# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF CHICAGO, a municipal corporation, )<br><br>Defendant. ) | Case No. 07 C 6537<br><br>Judge Zagel<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION TO DISMISS COMPLAINT

TO:  Mary Ann Pohl, Esq.         Paul D. Geiger, Esq.
     Mary Ann Pohl, P.C.         Law Offices of Paul D. Geiger
     77 W. Washington, Suite 1507   1412 W. Washington Boulevard
     Chicago, Illinois 60602     Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on January 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion to Dismiss Complaint**, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will present this motion before the Honorable Judge James B. Zagel, or such other Judge or Magistrate sitting in his stead, on January 24, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard.

                              Respectfully Submitted,

                              MARA S. GEORGES
                              Corporation Counsel City of Chicago


                      By:     /s   Alejandro Caffarelli
                              ALEJANDRO CAFFARELLI
                              Special Assistants Corporation Counsel

180 N. Stetson Avenue, Suite 3150
Chicago, IL 60601
(312) 540-1230