# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of   Conroy, et al. v. City of Chicago | Case Number: | 07 C 6537 |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY**

**CITY OF CHICAGO and MATTHEW TOBIAS**

| |
|---|
| NAME (Type or print) <br> **Kathleen Crowe** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> *s/Kathleen Crowe* |
| FIRM   **City of Chicago, Corporation Counsel** |
| STREET ADDRESS   **30 N. LaSalle Street, Suite 1020** |
| CITY/STATE/ZIP   **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06255795 | TELEPHONE NUMBER <br> 312-744-5453 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐