**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

William Conroy, et al.
                          Plaintiff,

v.                                                   Case No.: 1:07−cv−06537
                                                             Honorable James B. Zagel

City of Chicago
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge James B. Zagel :Set deadlines/hearing as to motion to dismiss [8] : Response due by 2/21/2008. Reply due by 3/6/2008. Motion to dismiss hearing set for 3/27/2008 at 10:00 AM. Plaintiff may also file an amended complaint and/or answer the motion to dismiss by 2/21/2008.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.