FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case Number:   07  C  6537 |
| v. ) ) | Judge Zagel |
| CITY OF CHICAGO, a municipal corporation, ) ) | Magistrate Judge Schenkier |
| Defendant. ) | |

### NOTICE OF FILING

To:    PLEASE SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY NOTIFIED** that on the 21st day of February, 2008, I filed the First Amended Complaint attached hereto with the Clerk of the United States District Court.

                 *s/ Paul D. Geiger*_____
                 PAUL D. GEIGER

PROOF OF SERVICE

I, the undersigned, state that I served the foregoing Notice of Filing and Amended Complaint, upon the below named persons, via electronic mailing (except as otherwise noted on the Attached Service List), at or before the hour of 12:00 a.m. on February 21, 2008.

                 *s/ Paul D. Geiger* _____

Paul D. Geiger - # 6210743
Law Offices of Paul D. Geiger
1412 W. Washington Blvd.
Chicago, IL 60607
(312) 733-7776

**SERVICE LIST**
Conroy et al v. City of Chicago
07-6537
First Amended Complaint


Alejandro Caffarelli
Lorraine Teraldico Peeters
Jessica Judith Fayerman
Caffarelli & Siegel, Ltd.
Two Prudential Plaza
180 N. Stetson Ave.
Suite 3150
Chicago, IL 60601


Kathleen Veronica Crowe
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602