**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6537 |
| v. | ) ) | Judge Zagel |
| CITY OF CHICAGO, a municipal corporation, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago (the "City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, through Caffarelli & Siegel Ltd., Special Assistants Corporation Counsel, and having consulted with and obtained the agreement of Plaintiffs' counsel, moves for a 21-day extension of time to answer Plaintiffs' Amended Complaint or otherwise plead.  In support of the Agreed Motion, Defendant states as follows:

1.      Defendant files this motion as an Agreed Motion; all parties have been consulted and agree to the filing of this motion and the amount of time requested herein.

2.      On February 21, 2008, Plaintiffs filed their Amended Complaint against the City, Case No. 07-C-6537 (the "Amended Complaint").

3.      After reviewing the Amended Complaint and determining that in order to respond properly it would be necessary to obtain additional facts from the Client City of Chicago's Office of Emergency Management Services ("OEMS"), counsel contacted OEMS.  Counsel did not

previously contact OEMS while the Motion to Dismiss was pending in order to minimize the expense to the City of Chicago.

4.      Upon contacting OEMS, counsel was informed at that time that the contact at OEMS was relatively new to her position, and as thus it would be necessary to meet with several City directors, managers, or supervisors in order to properly ascertain the relevant facts.

5.      Counsel for the City has been working to hold these meetings, but given these employees' busy schedules, it is likely that such meetings may take up to an additional two weeks to schedule and complete.

6.      Therefore, the City seeks a 21-day extension to obtain the facts necessary to answer the Amended Complaint, draft a responsive pleading, and give the client the opportunity to review same.

7.      A 21-day extension of time has been agreed to by all parties, and will not cause excessive delay in the litigation or undue prejudice to any party.

WHEREFORE, Defendant respectfully requests that the Court grant this Agreed Motion for an Extension of Time to Answer or Otherwise Plead, and that the Defendant's responsive pleading the above-captioned matter be due April 2, 2008.

Dated: March 7, 2008, 2008                          Respectfully submitted,


Alejandro Caffarelli, #06239078              By:  /s/ Mara S. Georges
Lorraine T. Peeters, #06290434                    Corporation Counsel City of Chicago
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150                   By:  /s/ Alejandro Caffarelli
Chicago, IL  60601                                Special Assistants Corporation Counsel
Tel. (312) 540-1230
Fax (312) 540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Agreed Motion for an Extension of Time to Answer or Otherwise Plead, to be served upon the parties below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on March 07, 2008.

Mary Ann Pohl, Esq.
Mary Ann Pohl, P.C.
77 W. Washington, Ste. 1507
Chicago, IL 60602

Paul D. Geiger, Esq.
Law Offices of Paul D. Geiger
1412 W. Washington Blvd.
Chicago, IL 60607

/s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601