**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM CONROY and NAUREEN COONEY, individually, and on behalf of all others similarly situated,       )<br>)<br>)<br>)<br>Plaintiffs,       )<br>)<br>v.       )<br>)<br>CITY OF CHICAGO, a municipal corporation,       )<br>)<br>)<br>Defendant.       ) | Case No. 07 C 6537<br><br>Judge Zagel<br>Magistrate Judge Schenkier |

## NOTICE OF AGREED MOTION

To:   Mary Ann Pohl, Esq.                              Paul D. Geiger, Esq.
        Mary Ann Pohl, P.C.                             Law Offices of Paul D. Geiger
        77 W. Washington, Ste. 15071            412 W. Washington Blvd.
        Chicago, IL 60602                              Chicago, IL 60607

   PLEASE TAKE NOTICE that on Tuesday, March 11, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2503, and shall then and there present **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is being served upon you along with this Notice.

Dated: March 07, 2008                                               Respectfully submitted,


Alejandro Caffarelli, #06239078                    By:  /s/ Mara S. Georges
Lorraine T. Peeters, #06290434                          Corporation Counsel City of Chicago
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150                           By:  /s/ Alejandro Caffarelli
Chicago, IL  60601                                             Special Assistants Corporation Counsel
Tel. (312) 540-1230
Fax (312) 540-1231